# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
JUN 21 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MAGDALENA GUTIERREZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-088 |
| | § | |
| COWBOYS SCAFFOLDING, INC., ET AL. | § | |

TYPE OF CASE:       __X__ CIVIL                         ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 28, 2000 AT 1:30 P.M.**

JOHN WM. BLACK, U.S MAGISTRATE JUDGE

DATE:   JUNE 16, 2000

TO:   MR. FRANK COSTILLA, JR.
      MR. PRESTON HENRICHSON
      MR. KEITH UHLES
      MR. EDWIN SIKES