IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 8 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MAGDALENA GUTIERREZ, INDIVIDUALLY, AS HEIR OF THE ESTATE OF RICARDO GUTIERREZ, DECEASED, AND AS NEXT FRIEND OF ROSA EDITH GUTIERREZ CORTEZ, ISIS GUTIERREZ, BLANCA ISELA GUTIERREZ, RICARDO GUTIERREZ, JR., AND MAGDA KARINA GUTIERREZ MINOR CHILDREN, INDIVIDUALLY, AND AS HEIRS OF RICARDO GUTIERREZ DECEASED; ROSA CORTEZ DE GUTIERREZ INDIVIDUALLY AND AS HEIR; AND ROSARIO GUTIERREZ GUERRERO AS NEXT FRIEND OF NIDIA MARLEN GUTIERREZ CORTEZ, A MINOR, INDIVIDUALLY AND AS AN HEIR OF RICARDO GUTIERREZ, DECEASED §§§§§§§§§§§§§§§§ | CIVIL ACTION NO. B-00-088 |
| VS. § | |
| AMFELS INC. § | |

**PLAINTIFFS AND DEFENDANT'S**
**MOTION TO SET FRIENDLY SUIT HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs **MAGDALENA GUTIERREZ**, Individually, As Heir of The Estate of Ricardo Gutierrez, Deceased and As Next Friend of **ROSA EDITH GUTIERREZ CORTEZ, ISIS GUTIERREZ, BLANCA ISELA GUTIERREZ, RICARDO GUTIERREZ, JR.**, and **MAGDA KARINA GUTIERREZ**, Minor Children, Individually, and as Heirs of Ricardo Gutierrez Deceased; **ROSA CORTEZ DE GUTIERREZ** Individually and as Heir; and **ROSARIO GUTIERREZ GUERRERO** as Next Friend of **NIDIA MARLEN GUTIERREZ CORTEZ**, a Minor, Individually and as an Heir of Ricardo Gutierrez, Deceased, and Defendant

45512:927279.1:062700

**AMFELS, INC.** in the above-referenced cause and files this their joint motion to have a friendly suit set in the above-referenced matter and would respectfully show unto the Court as follows: Plaintiffs and Defendant have reached a full and final settlement in the above-referenced matter and all the settlement documents have been executed by all of the plaintiffs. Accordingly, Plaintiffs and Defendant request that the Court set a friendly suit hearing in this matter at the Court's earliest convenience and that the Court enter the Agreed Final Judgment in this matter.

Respectfully submitted,

By: _____
Keith N. Uhles
Federal ID No. 1936
Texas Bar No. 20371100
Ewing E. Sikes, III
Federal ID No. 19534
Texas Bar No. 00794631
Attorneys for Defendant,
**AMFELS, INC.**

Of Counsel:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Facsimile: (956) 542-4370

**AGREED TO AND APPROVED:**

**LAW OFFICES OF PRESTON HENRICHSON**
222 West Cano
Edinburg, Texas 78540
Telephone: (956) 383-3535
Facsimile: (956) 383-3585

By: _Preston Henrichson by permission Eddie Sikes_
   Preston Henrichson
   Federal ID No. 1922
   Texas Bar No. 09477000
   Katherine D. Julia
   Texas Bar No. 90001082
   Attorneys for Plaintiffs,
   **Magdalena Gutierrez, Individually and
   As Next Friend of Rosa Edith Gutierrez Cortez,
   Isis Gutierrez, Blanca Isela Gutierrez, Ricardo
   Gutierrez, Jr. and Magda Karina Gutierrez, Minors
   and Rosa Cortez de Gutierrez, Individually and as Heir**


**LAW OFFICE OF FRANK COSTILLA**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 541-4982
Facsimile: (956) 544-3152

By: _Frank Costilla by permission Eddie Sikes_
   Frank Costilla
   Federal ID No. 1509
   Texas Bar No. 04856500
   Attorney for Plaintiff,
   **Rosario Gutierrez Guerrero As Next Friend
   of Nidia Marlen Gutierrez Cortez, Minor,
   Individually and as an Heir of Ricardo Gutierrez,
   Deceased**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2000, a true and correct copy of the foregoing was forwarded via **U. S. MAIL** to the following:

Preston Henrichson
Katherine D. Julia
LAW OFFICES OF PRESTON HENRICHSON
222 West Cano
Edinburg, Texas 78540

Frank Costilla
LAW OFFICE OF FRANK COSTILLA
5 East Elizabeth Street
Brownsville, Texas 78520

Ricardo M. Adobbati
134 East Price Road
Brownsville, Texas 78521

Jose R. Hernandez
Law Office of Jose R. Hernandez
1325 Palm. Blvd.
Brownsville, Texas 78520

_____
Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.