3

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
JUL 21 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Magdalena Gutierrez, et al
    Plaintiff §
        §
versus §   CIVIL ACTION No. B-00-88
        §
Angelo, Inc §
    Defendant §

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

*Trial*

All parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c)

_Eddie Riley for defendant Angelo_ _____   For Pl's Magdalena Gutierrez & children

_____ for Plaintiff Nidia Gutierrez _____

_____ for Nidia Marivel Gutierrez _____

*Appeal*

Appeal will be to the United States Court of Appeals unless all the parties consent to appeal to a district judge by signing below. 28 U.S.C. §636(c)(4)

_____         _____
_____         _____
_____         _____

## ORDER

It is ordered that this matter is assigned to United States Magistrate Judge _Felix Recio_ to conduct all further proceedings, including final judgment.

_7-17-00_
Date

_____
United States District Judge