United States District Court
Southern District of Texas
ENTERED

JUL 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MAGDALENA GUTIERREZ, § <br> INDIVIDUALLY, AS HEIR OF THE § <br> ESTATE OF RICARDO GUTIERREZ, § <br> DECEASED, AND AS NEXT FRIEND § <br> OF ROSA EDITH GUTIERREZ ~~CORTEZ~~, § <br> ISIS GUTIERREZ, BLANCA ISELA § <br> GUTIERREZ, RICARDO GUTIERREZ, § <br> JR., AND MAGDA KARINA GUTIERREZ § <br> MINOR CHILDREN, INDIVIDUALLY, § <br> AND AS HEIRS OF RICARDO GUTIERREZ § <br> DECEASED; ROSA CORTEZ DE GUTIERREZ § <br> INDIVIDUALLY AND AS HEIR; AND § <br> ROSARIO GUTIERREZ GUERRERO AS § <br> NEXT FRIEND OF NIDIA MARLEN § <br> GUTIERREZ ~~CORTEZ~~ Cassanza, A MINOR, § <br> INDIVIDUALLY AND AS AN HEIR OF § <br> RICARDO GUTIERREZ, DECEASED § <br> § <br> VS. § <br> § <br> AMFELS INC., § <br> COWBOYS SCAFFOLDING, INC., § <br> AND JEFFREY D. WITTE, INDIVIDUALLY § <br> AND IN HIS CAPACITY AS AN EMPLOYEE, § <br> AGENT AND REPRESENTATIVE OF § <br> COWBOYS SCAFFOLDING, INC. § | CIVIL ACTION NO. B-00-88 |

## AGREED FINAL JUDGMENT

BE IT REMEMBERED, that on the __17th__ day of __July__, 2000, came on to be heard in the above-entitled and numbered cause wherein Plaintiffs are:

**1) Magdalena Gutierrez,** Individually and as Heir of the Estate of Ricardo Gutierrez, Deceased, and As Next Friend of **Rosa Edith Gutierrez** ~~Cortez~~**,** Isis Gutierrez, Blanca Isela Gutierrez, **Ricardo Gutierrez, Jr.**, and **Magda Karina Gutierrez**, Minor Children, Individually, and as Heirs of Ricardo Gutierrez Deceased; **2) Rosa Cortez de Gutierrez** Individually and as Heir; and

45512:914805.2:061300

*Carranza*

3) **Rosario Gutierrez Guerrero** as Next Friend of **Nidia Marlen Gutierrez** ~~Cortez~~, a Minor, Individually and as an Heir of Ricardo Gutierrez, Deceased, and Defendant is: **Amfels, Inc.**

Plaintiff Magdalena Gutierrez appeared by and through her attorney of record, individually and in her capacity as next of friend of her minor children Rosa Edith Gutierrez Cortez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr., and Magda Karina Gutierrez;

The minor children, Rosa Edith Gutierrez Cortez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr., and Magda Karina Gutierrez appeared individually and as heirs of Ricardo Gutierrez, Deceased through their court appointed attorney ad litem;

Plaintiff Rosa Cortez de Gutierrez appeared individually and as heir through her attorney of record;

Plaintiff Rosario Gutierrez Guerrero appeared in her capacity as next of friend of Nidia Marlen Gutierrez Cortez, a minor individually and as heir of Ricardo Gutierrez, Deceased, by and through her attorney of record;

and the minor, Nidia Marlen Gutierrez Cortez appeared individually and as heir to Ricardo Gutierrez, Deceased, through her court appointed attorney ad litem.

Defendant Amfels, Inc. appeared by and through their attorneys of record.

Whereupon these parties announced to the Court that a settlement had been reached by the parties hereto subject to the approval of the court whereby Reliance National Insurance Company is to pay on behalf of Defendant Amfels, Inc. to the plaintiffs their attorneys, and the attorneys' ad litems the sum set forth below in settlement of all matters and things involved in Plaintiffs' causes of action against Defendant Amfels, Inc. and for all damages suffered by plaintiffs as a result of the accident made the basis of this lawsuit and mentioned in Plaintiffs' pleading on file herein. The

agreement having been made known to the Court and after having heard the pleadings of the cause, the Court thereupon called for evidence and after hearing evidence touching upon the agreement of the compromise and settlement and after hearing evidence with reference of the damages sustained by the plaintiffs, and after hearing all evidence pertaining to the matters involved herein, the court heard the agreement of compromising settlement, finds said agreement and the division of settlement proceeds in the amount of $150,000.00 as set forth herein to be fair and just and in the best interest of the minors and herein now enters judgment whereby the amount of $150,000 shall be divided among the plaintiffs with 50% going to Magdalena Gutierrez, 10% to Rosa Cortez de Gutierrez and the remaining 40% to be divided equally among the 6 minor plaintiffs. Each plaintiff shall be responsible for the payment of attorney's fees and reasonable case expenses on a pro rata basis.

In plaintiffs settlement with defendant Amfels, Inc., the Court is of the opinion that there may be a conflict of interest between plaintiffs Magdalena Gutierrez and Rosario Gutierrez Guerrero on the one hand and the minor children Rosa Edith Gutierrez Cortez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr., Magda Karina Gutierrez, and Nidia Marlen Gutierrez Cortez, on the other and therefore the court appointed: (1) JOSE R. HERNANDEZ, a practicing attorney in Cameron County, Texas as attorney ad litem for ROSA EDITH GUTIERREZ ~~CORTEZ~~, ISIS GUTIERREZ, BLANCA ISELA GUTIERREZ, RICARDO GUTIERREZ, JR., and MAGDA KARINA GUTIERREZ, pursuant to a prior order to represent the interest of said minor plaintiffs. In addition, the court also appointed: (2) RICARDO ADOBBATI, a practicing attorney in Cameron County, Texas as attorney ad litem for NIDIA MARLEN GUTIERREZ *Carranza* ~~CORTEZ~~. It is therefore,

ORDERED, ADJUDGED AND DECREED by the court as follows:

1. Out of the gross total of $150,000 which represents the settlement of the above-referenced matter, the plaintiffs' attorneys, Preston Henrichson and Frank Costilla and the Law Offices of Preston Henrichson, P.C. and the Law Offices of Frank Costilla shall receive $60,000 as reasonable attorney's fees. In addition, plaintiffs' attorney Preston Henrichson of the Law Offices of Preston Henrichson, P.C. shall receive $36,515.36 as reimbursement for case expenses and cost of court. The remaining sum of $53,484.64 shall be divided as follows:

2. Magdalena Gutierrez shall recover a net amount of $26,742.32;

3. Rosa Cortez de Gutierrez shall recover a net amount of $5,384.64;

4. Rosa Edith Gutierrez Cortez, a minor, shall recover a net amount of $3,559.61 for the exclusive use and benefit of said minor. Said sum will be tendered to the Registry of the Court by defendant Amfels within 10 days in the form of one check in the amount of $21,357.66 which is made on behalf of all six of the minor children;

5. Isis Gutierrez, a minor, shall recover a net amount of $3,559.61 for the exclusive use and benefit of said minor. Said sum will be tendered to the Registry of the Court by defendant Amfels within 10 days in the form of one check in the amount of $21,357.66 which is made on behalf of all six of the minor children;

6. Blanca Isela Gutierrez, a minor, shall recover a net amount of $3,559.61 for the exclusive use and benefit of said minor. Said sum will be tendered to the Registry of the Court by defendant Amfels within 10 days in the form of one check in the amount of $21,357.66 which is made on behalf of all six of the minor children;

7. Ricardo Gutierrez, Jr., a minor, shall recover a net amount of $3,559.61 for the exclusive use and benefit of said minor. Said sum will be tendered to the Registry of the Court by defendant Amfels within 10 days in the form of one check in the amount of $21,357.66 which is made on behalf of all six of the minor children;

8. Magda Karina Gutierrez, a minor, shall recover a net amount of $3,559.61 for the exclusive use and benefit of said minor. Said sum will be tendered to the Registry of the Court by defendant Amfels within 10 days in the form of one check in the amount of $21,357.66 which is made on behalf of all six of the minor children; and

9. Nidia Marlen Gutierrez Cortez, a minor, shall recover a net amount of $3,559.61 for the exclusive use and benefit of said minor. Said sum will be tendered to the Registry of the Court by defendant Amfels within 10 days in the form of one check in the amount of $21,357.66 which is made on behalf of all six of the minor children;

10. The attorney ad litem, JOSE R. HERNANDEZ, is awarded the sum of $ 2,500 in fees for representation of the minors, Rosa Edith Gutierrez Cortez, Isis Gutierrez, Blanca Isela Gutierrez, Ricardo Gutierrez, Jr. and Magda Karina Gutierrez, as attorney ad litem which is to be paid by the defendant as costs of court. This award is separate and apart from the amount recited above that each child is to receive.

11. The attorney ad litem, RICARDO ADOBBATI, is awarded the sum of $ 2,500 in fees for representation of the minor, Nidia Marlen Gutierrez Cortez, as attorney ad litem which is to be paid by the defendant as costs of court. This award is separate and apart from the amount recited above that Nidia Marlen Gutierrez Cortez is to receive.

It is further, ORDERED, ADJUDGED and DECREED by the Court that the remaining sum of $21,357.66 herein awarded to said minor plaintiffs to be divided equally be held in the registry of the court in an interest bearing account for the use and benefit of said minor plaintiffs until the duly appointed and legally qualified guardian of said minor shall make proper application to withdraw said plaintiffs' sum of money so deposited by the clerk for the use and benefit of said minor plaintiff at which time and upon such application be made, the clerk is directed to deliver said sum of money to the legally appointed guardian of said minor plaintiff or until proper bond is satisfied with the clerk to permit withdrawal of the money belonging to said minor plaintiff or until the disabilities of minority of said plaintiff are removed or until such time each plaintiff attains the age or majority or until further order of the court; and when such sum has been so paid into the registry of the court, this judgment shall be fully satisfied, paid out and discharged so far as the minor plaintiffs are concerned and no execution shall ever issue hereon in favor of said minor plaintiffs. And it having further appear to the court that the defendant will pay to the registry of the court, $21,357.66 ($3,559.61 multiplied by six for each of the minor plaintiffs) to be paid to the minor plaintiffs; It is further,

ORDERED, ADJUDGED and DECREED by the Court that upon receipt of the following: (1) settlement checks by plaintiffs' counsel; (2) the tender of the $21,357.66 into the registry of the court representing settlement of the minors' claims by defendant Amfels; and (3) $ 2,500 as payment of attorney ad litem fees to JOSE R. HERNANDEZ, and $ 2,500 as payment of attorney ad litem fees to RICARDO ADOBBATI, the judgment will have been fully and finally paid, satisfied and discharged in full and the defendant, AMFELS, INC. and its insurers, Reliance National Indemnity Company, Reliance National Insurance Company and Trident Marine

Underwriters, be and are hereby forever relieved and discharged of and from any and all liability, claims, demands and causes of action, of whatever nature or asserted or which might have been asserted herein, known or unknown, accrued or to accrue, arising from or in any manner growing out of the incident made the basis of this suit, on or about July 10, 1997, at the Port of Brownsville, Cameron County, Texas as described in Plaintiffs' pleadings on file herein, and no execution shall ever issue hereon unless hereinafter provided. Finally, it is further,

ORDERED, ADJUDGED and DECREED that the settlement agreement and release is a good faith settlement of a disputed claim under Texas law which adequately and appropriately protects the interest of the minor children.

SIGNED FOR ENTRY on the 17th day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:

**LAW OFFICES OF PRESTON HENRICHSON**

By: _____
Preston Henrichson
Texas Bar No. 09477000
Katherine D. Julia
Texas Bar No. 90001082
222 West Cano
Edinburg, Texas 78540
Telephone: (956) 383-3535
Facsimile: (956) 383-3585

Attorneys for Plaintiffs,
**Magdalena Gutierrez, Individually and As Next Friend of Rosa Edith Gutierrez Cortez, Isis, Blanca, Isela, Ricardo Jr. and Magda Karina Gutierrez, Minors, and Rosa Cortez de Gutierrez, Individually and as Heir**

**LAW OFFICE OF FRANK COSTILLA**

By: _____
Frank Costilla
Texas Bar No. 04856500
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 541-4982
Facsimile: (956) 544-3152

Attorney for Plaintiff,
**Rosario Gutierrez Guerrero As Next Friend of Nidia Marlen Gutierrez Cortez, Minor, Individually and as an Heir of Ricardo Gutierrez, Deceased**


**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: _____
Keith N. Uhles
Texas Bar No. 20371100
Ewing E. Sikes, III
Texas Bar No. 00794631
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Facsimile: (956) 542-4370

Attorneys for Defendant,
**AMFELS, INC.**

**LAW OFFICE OF JOSE R. HERNANDEZ**

By: _____
    Jose R. Hernandez
    1325 Palm Blvd.
    Brownsville, Texas 78520
    Telephone: (956) 504-5100

Attorney Ad Litem for Minors,
**Rosa Edith Gutierrez Cortez,
Isis Gutierrez, Blanca Isela Gutierrez,
Ricardo Gutierrez, Jr., and
Magda Karina Gutierrez**

**Law Office of Ricardo M. Adobbati**

By: _____
    Ricardo M. Adobatti
    134 East Price Road
    Brownsville, Texas 78521
    Telephone: (956) 544-6881

Attorney Ad Litem for Minor,
**Nidia Marlen Gutierrez Cortez**