5

United States District Court
Southern ... ... Texas

JUL 17 2000

# COURTROOM MINUTES

HONORABLE Felix Recio  MAGISTRATE JUDGE PRESIDING

Michael N. Milby, Clerk of Court

COURTROOM CLERK: Sally Garcia   INTERPRETER: Sandra Cortez

LAW CLERK: Alexia Rodriquez

ERO/Court Reporter: L Garcia

DATE: July 17, 2000 at 1:30 p.m.

***************************************************************

Civil No. B00-088

Magdalena Gutierrez et al            Kathy Julia

Vs

Amfels                               E Sikes

***************************************************************

## Friendly Suit Hearing

Plaintiff Magdalena Gutierrez present w/counsel Kathy Julia;
Plaintiff Rosario Gutierrez present w/counsel F Costilla;
Counsel J Hernandez, atty ad litem present for Magdalena Gutierrez' minor children;
Counsel Frank Costilla present for minor Nidia Marlen Gutierrez;
Counsel R Adobatti appointed to represent minor Nidia Marlen Gutierrez, present;
Counsel E Sikes present for the deft;

Pf's atty submitted to the Court an order to proceed before the Magistrate Judge, which has been signed by Judge Vela;

Pf's atty calls first witness, Magdalena Gutierrez;
Witness sworn;
Atty ad litem J Hernandez addresses witness;
Atty ad litem R Adobatti addresses witness;
Witness is excused;

Atty Frank Costilla calls witness Rosario Gutierrez de Guerrero, sister of deceased; Witness sworn;
Atty ad litem R Adobatti addresses witness;
Witness excused;

Atty for deft disburses checks for the minors and the Plaintiffs;
Atty for deft submitts agreed final Judgmt to the Court and requests the Court approve the settlement; Settlement approved;