6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 27 2002

Michael N. Milby
Clerk of Court

MAGDALENA GUTIERREZ, ET AL

VS.                              CIVIL ACTION NO. B-00-88

AMFELS, INC.

## MOTION TO REMOVE ALL FUNDS FROM REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **ROSA EDITH GUTIERREZ**, Individually, by and through her attorney ad litem, Jose R. Hernandez, and moves this Honorable Court to enter an order permitting the withdrawal of **ALL FUNDS** presently in deposit with the Registry of the Court belonging to Rosa Edith Gutierrez, as she reached the age of majority on September 22, 2001; *See Attached Exhibit 1: Copy of Rosa Edith Gutierrez's Birth Certificate. (Translation will be filed.)*

For this reason, Movant requests permission to remove **ALL FUNDS** held on deposit for **ROSA EDITH GUTIERREZ** from the registry of the Court and that same be made payable to **ROSA EDITH GUTIERREZ**.

Respectfully submitted,

LAW OFFICE OF JOSE R. HERNANDEZ, P.C.
1325 PALM BLVD.
BROWNSVILLE, TEXAS 78520
(956) 504-5100
(956) 504-5404

BY: _____
Jose (Joe) R. Hernandez
STATE BAR NO.:00792580
Federal Id. 20759
ATTORNEY AD LITEM FOR
ROSA EDITH GUTIERREZ

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw Funds from the Registry of the Court was sent by certified mail return receipt requested to the below listed parties on this day of February 27th, 2002:

1. VIA CERTIFIED MAIL, RETURN
   RECEIPT REQUESTED NO. 7000 1530 0004 0767 8729
   Royston, Rayzor, Vickery & Williams, L.L.P.
   Attorneys-at-Law
   55 Cove Circle
   Brownsville, Texas 78521

   Attention: Mr. Eddie Sikes

2. VIA CERTIFIED MAIL, RETURN
   RECEIPT REQUESTED NO. 7000 1530 0004 0767 8736
   Law Offices of Preston Henrichson, P.C.
   Attorney at Law
   222 West Cano
   Edingburg, Texas 78540-1229

   Attention: Ms. Kathy Julia

3. VIA CERTIFIED MAIL, RETURN
   RECEIPT REQUESTED NO. 7000 1530 0004 0767 8743
   Mrs. Magdalena Gutierrez
   854 Avenida de la Plata
   Brownsville, Texas 78521

   LAW OFFICE OF JOSE R. HERNANDEZ, P.C.
   1325 PALM BLVD.
   BROWNSVILLE, TEXAS 78520
   TEL. (956) 504-5100
   TEL./FAX (956) 504-5404

   BY: _____
   JOSE (JOE) R. HERNANDEZ
   STATE BAR NO.: 00792580
   FEDERAL ID. 20759
   ATTORNEY AD LITEM FOR
   ROSA EDITH GUTIERREZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAGDALENA GUTIERREZ, ET AL

VS.                                CIVIL ACTION NO. B-00-88

AMFELS, INC.

ORDER GRANTING REMOVAL OF
ALL FUNDS FROM THE REGISTRY OF THE COURT

**ON THIS** the ____ day of February, 2002 came on to be considered the request of **ROSA EDITH GUTIERREZ** to withdraw **ALL FUNDS** belonging to her from the registry of the Court, and the Court, after considering same, is of the opinion that said motion be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that **ROSA EDITH GUTIERREZ** is authorized to withdraw **ALL FUNDS** deposited with the registry of the Court and that same be made payable to **ROSA EDITH GUTIERREZ**.

SIGNED this ____ day of _____, 2002.

_____
JUDGE PRESIDING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAGDALENA GUTIERREZ, ET AL

VS.                                CIVIL ACTION NO. B-00-88

AMFELS, INC.

## ORDER SETTING HEARING

IT IS HEREBY ORDERED that the abovementioned case be set for a hearing on the ____ day of _____, 2002 at ____ a.m./p.m. in the _____ Courtroom.

SIGNED ON THIS _____ DAY OF _____, 2002.

_____
JUDGE PRESIDING



# ESTADOS UNIDOS MEXICANOS
## GOBIERNO DEL ESTADO DE TAMAULIPAS
# REGISTRO CIVIL

137442

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE **TAMAULIPAS**

Y COMO DIRECTOR DEL REGISTRO CIVIL DEL ESTADO, CERTIFICO: QUE EN EL LIBRO No **3** DEL ARCHIVO GENERAL DEL REGISTRO CIVIL EN LA FOJA **108554** SE ENCUENTRA ASENTADA EL ACTA No **598** LEVANTADA POR EL C. OFICIAL _____ DEL REGISTRO CIVIL **VIRGINIA MATA PALOMO**

RESIDENTE EN **VALLE HERMOSO, TAM.**

EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS.

FECHA DE REG: 23 DE MAYO DE 1985

## ACTA DE NACIMIENTO

NOMBRE: **ROSA EDITH GUTIERREZ VAZQUEZ**

FECHA DE NACIMIENTO: DIA **22** MES **SEPTIEMBRE** AÑO **1983** HORA **01:00**

PRESENTADO: VIVO (X) MUERTO ( ) MASCULINO ( ) FEMENINO (X)

LUGAR DE NACIMIENTO: **VALLE HERMOSO, TAM.**

COMPARECIO: EL PADRE ( ) LA MADRE ( ) AMBOS (X) PERSONA DISTINTA ( ) REGISTRADO ( )

### PADRES

NOMBRE: **RICARDO GUTIERREZ CORTEZ**
NACIONALIDAD: **NORTEAMERICANA** EDAD **24** AÑOS

NOMBRE: **MAGDALENA VAZQUEZ BERRONES**
NACIONALIDAD: **MEXICANA** EDAD **20** AÑOS

### ABUELOS

ABUELO PATERNO: **JULIAN GUTIERREZ (FINADO)** NACIONALIDAD **XX**

ABUELA PATERNA: **ROSA CORTEZ SILVA** NACIONALIDAD **MEXICANA**

ABUELO MATERNO: **JOSE VAZQUEZ** NACIONALIDAD **MEXICANA**

ABUELA MATERNA: **MA. ESTHER BERRONES** NACIONALIDAD **MEXICANA**

### TESTIGOS

NOMBRE: **GUILLERMINA GARCIA SALAZAR** EDAD **33** AÑOS
NACIONALIDAD: **MEXICANA**

NOMBRE: **ARMANDO BARRIENTOS FUENTES** EDAD **32** AÑOS
NACIONALIDAD: **MEXICANA**

No DE CERTIFICADO DE NACIMIENTO _____ C.U.R.P. _____

### PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

NOMBRE _____
PARENTESCO _____ EDAD _____ AÑOS

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO **31** DEL CODIGO CIVIL VIGENTE EN EL ESTADO EN LA CIUDAD DE **VICTORIA** CAPITAL DEL ESTADO DE **TAMAULIPAS** A LOS **4** DIAS DEL MES DE **FEBRERO** DE **1987** DOY FE.

EL C. DIRECTOR DEL REGISTRO CIVIL.

LIC. ALFONSO FUENTES GARCIA
NOMBRE                    FIRMA

EL SUSTO LIC. CARLOS BAZAN CABRERA, Notario Público Núm. 213, siendo titular en ejercicio en esta ciudad, CERTIFICA: Que la presente fotocopia, consta de *UNA* fojas útiles, escritas por *UNA* caras, es fiel reproducción de su original que tengo a la vista, la cual previa su confrontación y cotejo, devuelvo a su presentante. Se cumplió con lo dispuesto en el artículo 115 de la Ley del Notariado para el Estado de Tamaulipas. Para los efectos legales extiendo la presente Certificación en Valle Hermoso, Tamaulipas, siendo las 9.10 horas del día 6 del mes de *NOVIEMBRE* de 1989.

DOY FE.

Certificación Núm. 5213 en el Libro III de Control fuera de Protocolo.

LIC. CARLOS BAZAN CABRERA
N. P. No. 213

Lic. Carlos Bazan Cabrera

NOV. 6 1989

Valle Hermoso, Tam.

NOTARIO PUBLICO No. 213
Valle Hermoso, Tam.