

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAGDALENA GUTIERREZ, ET AL

VS.                              CIVIL ACTION NO. B-00-88

AMFELS, INC.

ORDER GRANTING REMOVAL OF
ALL FUNDS FROM THE REGISTRY OF THE COURT

ON THIS the *13TH* day of *MARCH*, 2002 came on to be considered the request of **ROSA EDITH GUTIERREZ** to withdraw **ALL FUNDS** belonging to her from the registry of the Court, and the Court, after considering same, is of the opinion that said motion be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that **ROSA EDITH GUTIERREZ** is authorized to withdraw **ALL FUNDS** deposited with the registry of the Court and that same be made payable to **ROSA EDITH GUTIERREZ**.

SIGNED this *13TH* day of *MARCH*, 2002.

JUDGE PRESIDING