# RICARDO M. ADOBBATI
## ATTORNEY • COUNSELOR • MEDIATOR
134 E. Price Road • Brownsville, Texas 78521
Tel (956) 544-6882 • Fax (956) 544-6883

United States District Court
Southern District of Texas
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

October 24, 2003

Mr. Butch Barbosa
United States Deputy Clerk
USDC – Brownsville Division
600 E. Harrison
Brownsville, Texas 78520

        Ref:    Nidia Marlen Gutierrez
               vs. Amfels, Inc.
               Case No. B-00-88

Dear Clerk,

    This is to advise you that I have attained the age of 18 years. I have attached to this letter a copy of my identification and my birth certificate.

    I kindly request that you issue a check for the monies held in the registry of the court to Nidia Marlen Gutierrez and her attorney Ricardo M. Adobbati.

    Thank you.

Sincerely,

By: *Nidia Marlen Gutierrez Carranza*
Nidia Marlen Gutierrez

NMG:og

# RICARDO M. ADOBBATI
### ATTORNEY • COUNSELOR • MEDIATOR
134 E. Price Road • Brownsville, Texas 78521
Tel (956) 544-6882 • Fax (956) 544-6883

November 10, 2003

Mr. Butch Barbosa
United States Deputy Clerk
USDC – Brownsville Division
600 E. Harrison
Brownsville, Texas 78520

                Ref:    Nidia Marlen Gutierrez
                        vs. Amfels, Inc.
                        Case No. B-00-88

Dear Mr. Barbosa:

      Pursuant to your office request we are attaching herewith another copy of the birth certificate which was provided to you on October 24, 2003 on Ms. Gutierrez along with the translation thereof.

      As stated on that letter please issue the check payable to Ms. Nidia Marlen Gutierrez Carranza and her attorney Ricardo M. Adobbati and mail same to my offices.

      Thank you.

                                            Sincerely,

                                            By: _____
                                                Ricardo M. Adobbati

RMA:og



**MEXICO**
State Government of the State of Tamaulipas
Department of Vital Statistics

In the name of the free and sovereign state of <u>Tamaulipas</u> and as <u>Director</u> of the Civil Registrar's Office of <u>The State</u>, I certify that in <u>Book 1</u> of the year <u>1991</u> of the general archives of the registrar's office on page <u># 222274</u> is filed the File No. <u>91</u> filed by Prof. Fernando Zuniga Estrada of the Civil Registrar's office, residing in Santa Apolonia, Rio Bravo, Tamaulipas with date of inscription: August 13, 1991.

## BIRTH CERTIFICATE

| | |
|---|---|
| Name: | Nidia Marlen Gutierrez Carranza |
| Date of Birth: | September 20, 1985 |
| Place of Birth: | H. Matamoros, Tamaulipas |
| Certificate Number: | === |
| C.U.R.P. | #280330291000916 |

Presented: Alive ☐  Deceased ☐  Sex  Male ☐  Female ☐

Appeared: Father ☐ Mother ☐ Both ☐ Other ☐ Registrant ☐

**PARENTS**

| | | | |
|---|---|---|---|
| Name: | Ricardo Gutierrez Cortez | | |
| Nationality | Mexican | Date of Birth : | Age : 34 years |
| Name: | Nerieda Carranza Martinez | Date of Birth : | Age : 34 years |
| Nationality | Mexican | Date of Birth : | Age : 34 years |

**PATERNAL GRANDPARENTS**

| | | | |
|---|---|---|---|
| Grandfather: | Julian Gutierrez (D) | Nationality: | Mexican |
| Grandmother: | Rosa Cortez | Nationality: | Mexican |

**MATERNAL GRANDPARENTS**

| | | | |
|---|---|---|---|
| Grandfather: | Reynaldo Carranza (D) | Nationality: | Mexican |
| Grandmother: | Flora Barbara Martinez Aguilar | Nationality: | Mexican |

**WITNESSES**

| | | | |
|---|---|---|---|
| Name: | Juanita Guerrero | | |
| Nationality | Mexican | Date of Birth : | Age : 34 years |
| Name: | Gonzalo Garcia | Date of Birth : | Age : 34 years |
| Nationality | Mexican | Date of Birth : | Age : 34 years |

**Person Other than Parents presenting Registrant**

Name: _____
Relationship: _____ Age: _____ years

This certification is issued in compliance with Art 31 of the Civil code effective In the State and in the city of Victoria of the State of Tamaulipas on the 29th day of the month of july of 1997, I attest
[By agreement of C. Yolanda Gonzalez de Tirado, Director of the Civil Registrar's Office of the State, this certificate is signed by C. Lic. Lilia Margarita Resendez Rodriguez, Head of the Legal Department.]

C. Yolanda Gonzalez de Tirado.
Director of the State.                    (Signature)          (Stamp of the State of Tamaulipas
                                                                General Secretariat of the Government
                                                                Civil Registrar's Office)

*I hereby certify that I have translated the above-mentioned birth certificate of Nidia Marlen Gutierez Carranza issued by the State of Tamaulipas, a copy of which is hereto attached and incorporated herein, to the best of my ability on this the 10th day of November, 2003 by Olga L. Glasgow.*

*Olga L. Glasgow* [signature]
**Olga L. Glasgow**



# ESTADOS UNIDOS MEXICANOS
## GOBIERNO DEL ESTADO DE TAMAULIPAS
### REGISTRO CIVIL

SHDRC-01-V

No. DE CONTROL

FOLIO **215036**

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS Y COMO **DIRECTORA** DEL REGISTRO CIVIL EN **EL ESTADO.** CERTIFICO QUE EN EL LIBRO No. **1** DEL AÑO DE **1991** DEL ARCHIVO GENERAL DEL REGISTRO CIVIL EN LA FOJA **222274** SE ENCUENTRA ASENTADA EL ACTA No **91** LEVANTADA POR EL C. OFICIAL **PROFR. FERNANDO ZUÑIGA ESTRADA.** DEL REGISTRO CIVIL. RESIDENTE EN **SANTA APOLONIA, RIO BRAVO, TAMAULIPAS.** Y CON FECHA DE INSCRIPCION **13** DIA **AGOSTO** MES **1991.** AÑO

## ACTA DE NACIMIENTO

NOMBRE **NIDIA MARLEN GUTIERREZ CARRANZA.**
FECHA DE NACIMIENTO **20 DE SEPTIEMBRE DE 1985.**
LUGAR DE NACIMIENTO **H. MATAMOROS, TAMAULIPAS.**
No DE CERTIFICADO DE NACIMIENTO  ---   C.U.R.P. **280330291000916.**

PRESENTADO: VIVO **X**   MUERTO   SEXO: MASCULINO   FEMENINO **X**

COMPARECIO: EL PADRE **X**   LA MADRE   AMBOS   PERSONA DISTINTA   REGISTRADO

### PADRES

NOMBRE **RICARDO GUTIERREZ CORTEZ.**
NACIONALIDAD **MEXICANA.**   FECHA DE NACIMIENTO **EDAD: 34 AÑOS**
NOMBRE **NEREIDA CARRANZA MARTINEZ.**
NACIONALIDAD **MEXICANA.**   FECHA DE NACIMIENTO **EDAD: 34 AÑOS**

### ABUELOS PATERNOS

ABUELO **JULIAN GUTIERREZ.**   **(F)**   NACIONALIDAD **MEXICANA.**
ABUELA **ROSA CORTEZ.**   NACIONALIDAD **MEXICANA.**

### ABUELOS MATERNOS

ABUELO **REYNALDO CARRANZA.**   **(F)**   NACIONALIDAD **MEXICANA.**
ABUELA **FLORA BARBARA MARTINEZ AGUILAR.**   NACIONALIDAD **MEXICANA.**

### TESTIGOS

NOMBRE **JUANITA GUERRERO.**   EDAD **42** AÑOS
NACIONALIDAD **MEXICANA.**
NOMBRE **GONZALO GARCIA.**   EDAD **20** AÑOS
NACIONALIDAD **MEXICANA.**

### PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

NOMBRE
PARENTESCO   EDAD   AÑOS

SE EXTIENDE ESTA CERTIFICACION EN CUMPLIMIENTO DEL ARTICULO         DEL CODIGO CIVIL VIGENTE EN EL ESTADO EN LA CIUDAD DE **VICTORIA,** DIAS DEL MES DE DEL ESTADO DE TAMAULIPAS A LOS **29** **JULIO** DE **1997**   DOY FE

POR ACUERDO DE LA C. YOLANDA GONZALEZ DE TIRADO DIRECTORA DEL REGISTRO CIVIL EN EL ESTADO, FIRMA ESTA ACTA LA C. LIC. LILIA MARGARITA RESENDEZ RODRIGUEZ, JEFE DEL DEPARTAMENTO JURIDICO.

**C. YOLANDA GONZALEZ DE TIRADO.**
**DIRECTORA** NOMBRE **EN EL ESTADO.**   FIRMA

SELLO DEL REGISTRO CIVIL
Gobierno del Estado de Tamaulipas
Secretaría General de Gobierno
Dirección del Registro Civil