UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAGDALENA GUTIERREZ, ET AL

VS.                                                                                    CASE NO. B-00-CV-88

COWBOYS SCAFFOLDING, INC., ET AL

MOTION TO WITHDRAW FUNDS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES ISIS GUTIERREZ, as Movant herein and brings this Motion to Withdraw Funds from the registry of the Court, and in support thereof would show the following.

I.

Isis Gutierrez has turned 18 years old and would like to withdraw the funds and all accrued interest from the registry of the court. See Birth Certificate attached as Exhibit "A"; Texas Driver Licenses Exhibit "B"; Social Security Card, Exhibit "C".

II.

Movant would show that she has turned 18 years old and would like to withdraw the funds that are in the registry of the court. Movant respectfully requests that the Court order that the deposited funds and all accrued interest may be withdrawn from the registry of the court.

WHEREFORE, PREMISES CONSIDERED, Movant, prays that this Court enter its Order allowing the withdrawal of the funds and all accrued interest deposited in the registry of the Court for the benefit of Isis Gutierrez.

```
Respectfully submitted,

LAW OFFICE OF JOSE (JOE) R.
HERNANDEZ, P.C.
1325 PALM BLVD.
BROWNSVILLE, TEXAS 78520
(956) 504-5100
(956) 504-5404


BY:____/S/_____
    Jose (Joe) R. Hernandez
    STATE BAR NO.:00792580
       ATTORNEY AD LITEM FOR
MOVANT, HEREIN
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAGDALENA GUTIERREZ, ET AL

VS.                                                            CASE NO. B-00-CV-88

COWBOYS SCAFFOLDING, INC., ET AL

ORDER

On this day the Court entertained the Motion of Movant, to withdraw the funds and all accrued interest deposited in the registry of the Court. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the clerk of the court shall release to Isis Gutierrez all accrued interest funds previously deposited in this matter.

SIGNED on_____, 2008

_____
PRESIDING JUDGE