

Exh.bit B






CERTIFICATION OF VITAL RECORD

# City of McAllen

**STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO.**

**CHILD**
- 1. NAME: (a) First: Isis  (b) Middle:  (c) Last: Gutierrez
- 2. DATE OF BIRTH: 1988
- 3. SEX: Female
- 4a. PLACE OF BIRTH — COUNTY: Hidalgo
- 4b. CITY OR TOWN: McAllen
- 4c. NAME OF HOSPITAL: McAllen Medical Center
- 4d. INSIDE CITY LIMITS?: yes
- 5a. THIS BIRTH-SINGLE, TWIN, TRIPLET, ETC.: Single
- 5b. IF TWIN OR TRIPLET:

**FATHER**
- 6. NAME: (a) First: Ricardo  (c) Last: Gutierrez
- 7. RACE: White
- 8a. IS FATHER OF SPANISH ORIGIN?: yes
- 8b. IF YES, SPECIFY: Mexican
- 9. AGE: 27
- 10. BIRTHPLACE: Mexico
- 11a. USUAL OCCUPATION: Soldering
- 11b. KIND OF BUSINESS OR INDUSTRY: C.T.C. Company

**MOTHER**
- 12. MAIDEN NAME: (a) First: Magdalena  (c) Last: Vasquez
- 13. RACE: White
- 14a. IS MOTHER OF SPANISH ORIGIN?: yes
- 14b. IF YES, SPECIFY: Mexican
- 15. AGE: 23
- 16. BIRTHPLACE: Mexico
- 17a. USUAL OCCUPATION: Housewife

- 18a. RESIDENCE — STATE: TX
- 18b. COUNTY: Hidalgo
- 18c. CITY OR TOWN: McAllen
- ZIP CODE: 78501
- 18e. INSIDE CITY LIMITS?: yes

- 19. Children previously: a. 1  b.  c. 0  d. 0
- 20. INFORMANT: Ricardo Gutierrez

- 21. I hereby certify that this child was born alive on the date stated above at 9:43 P.M.
- 22a. ATTENDANT'S SIGNATURE: M. Le Blanc, M.D.
- 22b. ATTENDANT AT BIRTH: M.D.
- 22c. ATTENDANT'S ADDRESS: 205 E. Toronto, McAllen, Texas 78503
- 22d. DATE SIGNED: 3/7/88

- 23a. REGISTRAR'S FILE NO.: 920
- 23b. DATE REC'D BY LOCAL REGISTRAR: MAR 15 1988
- 23c. SIGNATURE OF LOCAL REGISTRAR: JANIE MADERO, LOCAL REGISTRAR

43785

STATE OF TEXAS
COUNTY OF HIDALGO

CERTIFIED COPY OF VITAL RECORDS
DATE ISSUED: JUL 3 0 1997

This is a true certification of a vital record as recorded in this office, issued under Authority of Rule 54A, Article 4477, Revised Civil Statutes of Texas.

Registrar/Deputy Registrar

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
LAMINATION MAY VOID CERTIFICATE.

Exhibit A