United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk D.Ahumada

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAGDALENA GUTIERREZ, ET AL

VS.                                                                    CASE NO. B-00-CV-88

COWBOYS SCAFFOLDING, INC., ET AL


ORDER

On this day the Court entertained the Motion of Movant, to withdraw the funds and all accrued interest deposited in the registry of the Court. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the clerk of the court shall release to Isis Gutierrez all **funds plus** accrued interest ~~funds~~ previously deposited in this matter.

SIGNED on May 8, 2008

_____
PRESIDING JUDGE

